LAW LIBRARY

NO. 28641

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FILED
2010 MAY 21 PM 2:33
JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

CIV. NO. 02-1-0691

KRISTIE TOKUHISA, Court-Appointed Class Representative, individually and on behalf of all others similarly situated, Petitioner/Plaintiff-Appellant,

and

CYNTHIA ALTMAN and KELLY MULLER, individually and on behalf of all others similarly situated, Plaintiffs,

vs.

CUTTER MANAGEMENT CO.; CUTTER MOTOR CARS, INC.; CUTTER DODGE, CHRYSLER, PLYMOUTH, JEEP OF PEARL CITY, INC. dba CUTTER DODGE CHRYSLER PLYMOUTH JEEP OF PEARL CITY, Respondents/Defendants/Third-Party Plaintiffs/ Counterclaim Defendants-Appellees,

and

RED SWAN INCORPORATED, Respondent/Defendant-Appellee,

vs.

SAFE-GUARD PRODUCTS INTERNATIONAL, INC., Respondent/Third-Party Defendant/Counterclaim Plaintiff-Appellee.

------------------------------------------------------------

CIV. NO. 02-1-2915

KRISTIE TOKUHISA, Court-Appointed Class Representative, individually and on behalf of all others similarly situated, Petitioner/Plaintiff-Appellant,

and

WALTER CALIZO, ROCHELLE MOLINA, FERILA PEREZ, FRANCISCO ANCHETA, KELLY ANCHETA, KHAMTAN TANHCHALEUN, and CHOU TANHCHALEUN, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

CUTTER MANAGEMENT CO.; CUTTER DODGE, INC.; RAINBOW CHEVROLET, INC.; CUTTER FORD, INC.; CUTTER IMPORTS, INC.; CUTTER MOTOR CARS, INC.; CUTTER OF WAIPAHU, INC.; and CUTTER PONTIAC, BUICK, GMC OF WAIPAHU, INC., Respondents/Defendants/Cross-Claim Plaintiffs/ Cross-Claim Defendants-Appellees,

and

RED SWAN INCORPORATED; Respondent/Defendant-Appellee,

and

SAFE-GUARD PRODUCTS INTERNATIONAL INC., Respondent/Defendant/Cross-Claim Defendant/ Cross-Claim Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV NOS. 02-1-0691 & 02-1-2915)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Plaintiff-Appellant's Application for Writ of Certiorari filed on April 12, 2010, is hereby accepted.

DATED: Honolulu, Hawai'i, May 21, 2010.

FOR THE COURT:

*(signature)*

Associate Justice

Paul Alston and Peter S.
Knapman of Alston Hunt Floyd
& Ing for petitioner-plaintiff-
appellant

Lisa Woods Munger, Joachim P.
Cox, Robert K. Fricke, and
Abigail M. Holden of Goodsill
Anderson Quinn & Stifel for
respondents-defendants-appellees

---

[1] Court: Nakayama, Acting C.J., Acoba and Duffy, JJ, Circuit Judge Perkins in place of Moon, C.J, recused, and Circuit Judge Border, in place of Recktenwald, J., recused.

2